UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

Case No.: 3:19-cv-04890-MAS-LHG

FIESTA PLAZA ASSOCIATES, LLC, a
New Jersey Limited Liability Company,

    Defendant/Third Party Complainant,

vs.

JIN ZHANG CHEN d/b/a Dragon Chinese
Kitchen, Inc., a New Jersey Corporation;
PETER NGUYEN d/b/a NJ IMAGE NAILS,
LLC, a New Jersey Limited Liability Company,
and KEITH GIAMPAPA d/b/a GIAMPAPA'S
PIZZA,

    Third Party Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement between Plaintiffs and Defendant.

    Nothing herein shall affect the lawsuit between Defendant/Third Party Complainant and Third Party Defendants.

Respectfully Submitted,

| | |
|---|---|
| **/s/Alan R. Ackerman** | **/s/Arla D. Cahill** |
| Alan R. Ackerman, Esq., (AA9730) | Arla D. Cahill, Esq. |
| mailto:rshea@rcshea.com | Mandelbaum, Salsburg, P.C. |

<div style="display: flex;">

<div>

Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ  07054-4519
Telephone: (973) 898-1177 x 122
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
mailto:plefebvre@sobelpevzner.com
and
John P. Fuller, Esq., *pro hac vice*
   mailto:rshea@rcshea.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: **June 29, 2020**

</div>

<div>

3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Telephone: (973) 736-4600
Facsimile:  (973)736-4670
acahill@lawfirm.ms
*Attorneys for Defendant/
Third Party Complainant,
Fiesta Plaza Associates*

Date: **June 29, 2020**

</div>

</div>