UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

Case No.: 3:19-cv-04890-MAS-LHG

FIESTA PLAZA ASSOCIATES, LLC, a
New Jersey Limited Liability Company,

    Defendant/Third Party Complainant,

vs.

JIN ZHANG CHEN d/b/a Dragon Chinese
Kitchen, Inc., a New Jersey Corporation;
PETER NGUYEN d/b/a NJ IMAGE NAILS,
LLC, a New Jersey Limited Liability Company,
and KEITH GIAMPAPA d/b/a GIAMPAPA'S
PIZZA,

    Third Party Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiffs' Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to the case between Plaintiffs, The Independence Project, Inc. and Ronald Moore and Defendant, Fiesta Plaza Associates, LLC.

3. Nothing herein shall affect the lawsuit between the Defendant/Third Party Complainant, Fiesta Plaza Associates, LLC and Third Party Defendants Jin Zhang Chen, d/b/a Dragon Chinese Kitchen, Inc., Peter Nguyen d/b/a NJ Image Nails, LLC and Keith Giampapa d/b/a Giampapa's Pizza.

4. The Court retains jurisdiction of the above-styled cause between the Plaintiff and Defendant solely for the purpose of enforcing the Settlement Agreement; and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot between the Plaintiff and Defendant.

DONE AND ORDERED this 1st day of July, 2020.

_____
Honorable Michael A. Shipp, U.S.D.J.